# United States District Court
## Western District of North Carolina
### Statesville Division

|                       |     |                    |
|-----------------------|-----|--------------------|
| Linda G. Ball**,**    | )   | JUDGMENT IN CASE   |
|                       | )   |                    |
| Plaintiff,            | )   | 5:18-cv-00151-GCM  |
|                       | )   |                    |
| vs.                   | )   |                    |
|                       | )   |                    |
| Nancy A. Berryhill**,** | ) |                    |
|                       | )   |                    |
| Defendant,            | )   |                    |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 23, 2019 Order.

May 23, 2019

_____
Frank G. Johns, Clerk
United States District Court